UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY J. COHEA, | ) | 1:06-cv-01321-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 4) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| L.E. SCRIBNER, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO SEND** |
| | ) | **PETITIONER A CIVIL RIGHTS** |
| | | **COMPLAINT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On October 10, 2006, the Magistrate Judge filed Findings and Recommendations that the petition for writ of habeas corpus be DISMISSED as it does not allege grounds that would entitle Petitioner to habeas corpus relief.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On November 3, 2006, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendations are supported by the record and proper
6 analysis.  Petitioner's response present no grounds for questioning
7 the Magistrate Judge's analysis.  Petitioner merely asks that the
8 court construe this action as a civil rights action instead of
9 dismissing this action.  For judicial efficiency, it is this
10 court's policy to dismiss such actions and allow the Petitioner to
11 file a new civil rights action.  Because the PLRA does not apply
12 to habeas actions, Plaintiff will not be prejudiced by this
13 dismissal.
14    Accordingly, IT IS HEREBY ORDERED that:
15    1.  The Findings and Recommendations, filed October 10, 2006,
16 are ADOPTED IN FULL;
17    2.  The petition for writ of habeas corpus is DISMISSED as it
18 does not allege grounds that would entitle Petitioner to habeas
19 corpus relief; and,
20    3.  The Clerk of Court is DIRECTED to send Petitioner the
21 standard form for a civil rights action.
22
23 IT IS SO ORDERED.
24 **Dated:   December 30, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                     UNITED STATES DISTRICT JUDGE
25
26
27
28

2